**Henry W. MARTIN, Jr.,**
**Plaintiff–Appellant,**

v.

**Cpt Myecha MILEY, Defendant–**
**Appellee,**

**and**

**William R. Byars; John R. Pate; Arthur A. Jordan; McKenndly Newton; Robert E. Ward; Jon Ozmint; Dennis Patterson; Daniel Murphy; David M.**

Tatarsky; Lt J. Carujo; Lt J. Carter; Robert Orr; Lt James Rump; Captain E.J. Miller; Dr. Thomas Bynse; Lt Varlease Black; Cpl L. Jenkins; M. Hudson; S. Singlaton, Dho; Cpl T. Simpson; Mr. McQueen; P. Smith; A. Hollman; Helen Freeman; Thomas Scott; Cpt E. James; Tanya A. Gee; V. Claire Allen; John C. Few; Wayne C. McCabe; Jill Beattie; Jeannette Mack; Francine Bauchman; Patty Britt Posey; James S. Sligh, Jr.; Dr. Rowland; Gregory S. Line; Charlotte Smith; Ellen Goodwin; Russell Rush; Jim Crosby; Susan Barden; Virginia Crocker; Pam Smith; Laketa Dika; Deborah B. Durden, Defendants.

No. 15–7726.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 20, 2016.

Henry W. Martin, Jr., Appellant Pro Se. Michael D. Freeman, Sr., Griffith, Sharp & Lüpfert, LLC, Beaufort, South Carolina, for Appellee.

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry W. Martin, Jr., appeals the district court's order denying his motion for reconsideration of the court's previous order denying relief on Martin's 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Martin v. Miley*, No. 6:13–cv–03516–TMC (D.S.C. Oct. 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

· *AFFIRMED.*